UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN ALAN QUEZADA-HARO, | No. 1:26-cv-0632-KES-FJS (HC) |
| Petitioner, | A-Number: 095-760-122 |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| WARDEN OF THE MESA VERDE DETENTION FACILITY, et al., | |
| Respondents. | Docs. 1, 5 |

Petitioner Melvin Alan Quezada-Haro, an immigration detainee, proceeded with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, asserting his detention was unreasonably prolonged and violated his due process rights. *See generally* Doc. 1. The magistrate judge performed a preliminary review of the petition and found that petitioner's detention was not unreasonably prolonged, because he had been in continuously detained for less than one month. Doc. 5 at 2-3. The magistrate judge recommended the petition be summarily dismissed. *Id.* at 4. Petitioner filed objections, maintaining he suffered violations of his due process rights. Doc. 6

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the entire matter, including the objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///

1

The Court ORDERS:

1.     The findings and recommendations issued on January 28, 2026 (Doc. 5) are ADOPTED in full.

2.     The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

3.     The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:     June 6, 2026

_____
UNITED STATES DISTRICT JUDGE